UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PALOMINO, | ) Case No. CV 10-8348 GHK (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| MIKE MCDONALD, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: 8/8/11

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE